

# NUMBER 13-21-00021-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

GORDON DEAN HALEY,
ANTON SCOTT HALEY,
GORDON DEAN HALEY
AS INDEPENDENT CO-EXECUTOR
OF THE ESTATE OF
MARGARET L. HALEY, AND
ANTON SCOTT HALEY
AS INDEPENDENT CO-EXECUTOR
OF THE ESTATE OF
MARGARET L. HALEY,                                                      Appellants,

v.

BENEFICIAL FINANCIAL I INC.,
SUCCESSOR BY MERGER TO
BENEFICIAL TEXAS, INC.,                                                   Appellee.

On appeal from the 94th District Court
of Nueces County, Texas.

# ORDER

Before Chief Justice Contreras and Justices Longoria and Tijerina
Order Per Curiam

This matter is before the court on Appellants' First Notice of Appeal of Order of Abatement and/or Motion to Stay Order which we construe as a motion to lift abatement and a motion to stay. On January 26, 2021, the Clerk of the Court notified appellants, Gordon Dean Haley and Anton Scott Haley, that they were delinquent in remitting a $205.00 filing fee. To date, the trial court clerk's record has not been received by this court. On January 28, 2021, Appellant, Gordon Dean Haley, filed an affidavit of indigence.

Accordingly, on February 11, 2021, we abated the cause and ordered the trial court clerk, the court reporter, or any party to this cause wanting to challenge appellant's claim of indigence filed on January 26, 2021, to file such a contest to appellants' declaration of inability to pay costs in the trial court within ten days from the date of the order. Appellants' motion objects to the order and argues it extends a deadline to object to appellants' statement of inability to pay beyond the time allowed.

Because we have no record before us indicating a statement of inability to pay was filed in the trial court, we GRANT the motion to lift abatement and DENY the motion to stay. Accordingly, our February 11, 2021 order is WITHDRAWN and this case is REINSTATED.

The trial court is further ordered to cause the clerk's record be filed in this case, in accordance with appellants' designation of record, if any. Pursuant to Texas Rule of Appellate Procedure 34.4(c), we further designate the following items to be included in the record:

1. All statements and affidavits of inability to pay or claims of indigence,

2. All documents challenging appellants' claim of indigence, and

3. All orders and findings related to claims of indigency, if any.

The trial court shall cause the clerk's record to be filed with the clerk of this court within 10 days from the date of this order.

PER CURIAM

Delivered and filed on the
19th day of March, 2021.